In the Matter of the Application of GEORGE W. ROCKEFELLER, Petitioner, for a Certiorari Order against EDWARD P. MULROONEY, Respondent, Police Commissioner of the Police Department of the City of New York.— Determination of the police commissioner unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Estate of ROSALIE ROSENBLATH, Deceased. CHARLES RUFF, JR., Executor, etc., of ROSALIE ROSENBLATH, Deceased, Respondent; DANIEL ROSENBLATH, Appellant.— Decree of the Surrogate's Court of Queens county unanimously affirmed, without costs. (*Matter of Ulman*, 238 App. Div. 864; *Edson* v. *Parsons*, 155 N. Y. 555; *Wallace* v. *Wallace*, 216 id. 28; *Hermann* v. *Ludwig*, 186 App. Div. 287.) Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ. [146 Misc. 424.]